IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| MICHAEL C. SUSSMAN,<br><br>                Plaintiff,<br>v.<br><br>TRADER JOE'S COMPANY,<br><br>                Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:16-cv-1096-CW-DBP<br><br>Judge Clark Waddoups<br>Magistrate Judge Dustin B. Pead |

      This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Judge Dustin B. Pead under 28 U.S.C. § 636(b)(1)(B). On July 7, 2017, Judge Pead issued a Report and Recommendation recommending that the case be dismissed for failure to state a viable claim. (Dkt. No. 12.) As Judge Pead notes, any § 1983 claims Michael Sussman pleads necessarily fail because Mr. Sussman has not alleged that Defendant Trader Joe's could be considered a state actor in these circumstances. (*Id.* at 2.) Mr. Sussman's claims under the Civil Rights Act, Americans with Disabilities Act, and Utah Administrative Code also fail because the Complaint lacks factual allegations supporting such claims. (*Id.* at 3-4.)

      Mr. Sussman has not filed objections to the Report and Recommendation, and the time to do so has expired. Therefore, the court **ADOPTS** the Report and Recommendation as the findings and conclusions of the court, (Dkt. No. 12), with the following modification: The court does not see any basis by which Mr. Sussman can assert a cause of action, or basis to believe that, if allowed leave to amend, an amended complaint could state a cause of action. Therefore, the court **GRANTS** Trader Joe's Motion to Dismiss, (Dkt. No. 6), and **DISMISSES** this case with prejudice. This case is closed.

SO ORDERED this 6th day of September, 2017.

BY THE COURT:

_____
CLARK WADDOUPS
United States District Judge